# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH Jenkinschris770@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY Google LLC.

Case No. 1:19-MJ-155

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Gmail accounts assigned to James Christopher Jenkins: jenkinschris770@gmail.com, as described more fully in Attachment A to this Application.

located in the __Northern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to this Application.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1301 | Major Fraud Against the United States |
| 18 USC § 1343 | Wire Fraud |
| 18 USC § 371 | Conspiracy |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Gregory W. Schultz, Special Agent, TVA OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 25, 2019

*Judge's signature*

City and state: Chattanooga, Tennessee

Honorable Magistrate Judge Christopher H. Steger
*Printed name and title*